

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| HORACIO HERNANDEZ D/B/A TOP RANK TRANSPORT, | § § | No. 08-20-00131-CV |
| Appellant, | § | Appeal from the |
| v. | § | 210th District Court |
| EDGAR DURAN D/B/A DURAN'S BODY SHOP, | § | of El Paso County, Texas |
| Appellee. | § § | (TC # 2018-DCV-4430) |

## O R D E R

The Court GRANTS the Appellant's third motion for extension of time within which to file the brief until February 26, 2021. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ordered that the Hon. Michael R. Nevarez, the Appellant's attorney, prepare the Appellant's Brief and forward the same to this Court on or before February 26, 2021.

IT IS SO ORDERED this 22nd day of January, 2021.


PER CURIAM


Before Rodriguez, C.J., Palafox and Alley, JJ.